IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FARHAN AHMED,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD LAWSON et al.,<br><br>    Defendants. | Case No. 21-CV-18-JFH-CDL |

## ORDER

  Before the Court is the Report and Recommendation of United States Magistrate Judge Christine D. Little.  Dkt. No. 23.  The Magistrate Judge recommends that the motions to dismiss filed by Defendants Donald Lawson, Diane Hanmer, and Michael Fish [Dkt. No. 10; Dkt. No. 12; Dkt. No. 16] be DISMISSED without prejudice.

  The Report and Recommendation was entered on September 27, 2023.  On October 19, 2023, the Court granted Plaintiff's motion to extend the fourteen-day objection period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), through November 8, 2023. Dkt. No. 25. That date has now passed an neither party has filed objections.  Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court.  On that basis the motions to dismiss filed by Defendants Donald Lawson, Diane Hanmer, and Michael Fish [Dkt. No. 10; Dkt. No. 12; Dkt. No. 16] are GRANTED.  Plaintiff's claims are DISMISSED without prejudice.

  IT IS SO ORDERED this 9th day of November 2023.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE